UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKA MICHAELS, individually, <br><br> Plaintiff, <br><br> v. <br><br> M/Y CLUELESS, Its Engines, Machinery, Appurtenances, etc., *in rem,* and KEVIN MICHAELS, individually, *in personam,* <br><br> Defendants. | Case No.: 2:19-cv-05651 JFW-MAA <br><br> **IN ADMIRALTY** <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE AND VACATING ORDER AND WARRANT FOR ARREST OF THE M/Y CLUELESS, *IN REM*** |

Based on the **STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND FOR ORDER VACATING ORDER AND WARRANT FOR ARREST OF THE M/Y CLUELESS, *IN REM*** filed by the parties via their respective counsel of record, and good cause appearing therefore, IT IS ORDERED that:

(a) This action is hereby dismissed in its entirety and with prejudice, with each party to bear its own fees and costs;

(b) That the Court's Order [ECF # 15] authorizing the arrest of the M/Y CLUELESS, *in rem* and the Warrant for Arrest of the M/Y CLUELESS is hereby vacated, and

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Kaye, Rose & Partners LLP

(c) That the M/Y CLUELESS be immediately returned to the custody of Kevin Michaels.

**IT IS SO ORDERED.**

Dated: July 8, 2019 _____

_____
United States District Court Judge

**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**